IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HARRY CULLIPHER, *an incapacitated person by his guardian Nancy Greathouse*, and NANCY GREATHOUSE, *guardian of Harry Cullipher*, <br><br> Plaintiffs, <br><br> v. <br><br> ESTRELLA OAKS REHABILITATION CARE CENTER and THI OF TEXAS LLC, <br><br> Defendants. | § § § § § § § § § § § § § § | 1:20-CV-30-RP |

## FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Mark Lane's report and recommendation concerning Defendants Estrella Oaks Rehabilitation Care Center and THI of Texas, LLC's Motion for Summary Judgment, (Dkt. 45), and Motion to Strike, (57). (R. & R., Dkt. 58). The Court's Order dismissed Plaintiffs Harry Cullipher and Nancy Greathouse's claims.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on January 10, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE